DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

11 APRIL 2013

| 028P13 | In the Matter of: Theodore J. Williams | Def's *Pro Se* Motion for Petition for Appropriate Relief | Dismissed |
|---|---|---|---|
| 039P13 | James Arthur Smith, Employee v. Denross Contracting, U.S., Inc., Employer, Noninsured, Dennis Barrett, Individually, and the New York State Insurance Fund, Carrier; and Kapstone Kraft Paper, Employer, Sentry Insurance, Carrier | 1. Def's (New York State Ins. Fund) Motion for Temporary Stay (COA12-169)<br><br>2. Def's (New York State Ins. Fund) Petition for *Writ of Supersedeas*<br><br>3. Def's (New York State Ins. Fund) PDR under N.C.G.S. § 7A-31 | 1. Allowed **01/23/13;** Dissolved the Stay **04/11/13**<br><br>2. Denied<br><br>3. Denied |
| 041P13 | State v. Paul Stephen Glover, II | Def's PDR Under N.C.G.S. § 7A-31 (COA12-361) | Denied |
| 044P13 | Kay R. Hamilton, on behalf of herself and all others similarly situated v. Mortgage Information Services, Inc., and First American Title Insurance Company | 1. Def's Motion for Temporary Stay (COA12-584)<br><br>2. Def's Petition for *Writ of Supersedeas*<br><br>3. Def's PDR Under N.C.G.S. § 7A-31<br><br>4. Plt's Conditional PDR Under N.C.G.S. § 7A-31<br><br>5. Plt's Conditional PWC to Review Order of Superior Court of Wake County | 1. Allowed **01/22/13;** Dissolved the Stay **04/11/13**<br><br>2. Denied<br><br>3. Denied<br><br>4. Dismissed as Moot<br><br>5. Dismissed as Moot<br><br>**Beasley, J., Recused** |
| 046P13 | John B. Sollis v. Ronald A. Holman | Plt's PDR Under N.C.G.S. § 7A-31 (COA12-712) | Denied |
| 050P13 | State v. Jason Wright | Def's PDR Under N.C.G.S. § 7A-31 (COA12-633) | Denied<br><br>**Beasley, J., Recused** |